**Exhibit A**

# Case Summary

**Case Number:** CAM L-002982-20

**Case Caption:** Combined Metal Indus Tries Inc  Vs Shapes Llc

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Camden | **Case Initiation Date:** 09/04/2020 |
| **Case Type:** Book Account (Debt Collection Matters Only) | **Case Status:** Defaulted | **Jury Demand:** None |
| **Case Track:** 1 | **Judge:** Yolanda C Rodriguez | **Team:** 201 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** 02/16/2021 | **Case Disposition:** Default Judgment | **Statewide Lien:** J -12825-21 |

## Plaintiffs

**Combined Metal Industries Inc.**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Cary R Sternback |
| **Address Line 1:** Po Box 270 | **Address Line 2:** | **Attorney Bar ID:** 052671992 |
| **City:** Wickatunk    **State:** NJ | **Zip:** 07765 | **Phone:** |

**Attorney Email:** CRS@NYCNJLAW.COM

## Defendants

**Aluminum Shapes Inc. AKA  Aluminum Shapes Llc, Aluminum Smelters Of N.J., Aluminum Shapes**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** 9000 River Road | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Delair    **State:** NJ | **Zip:** 08110 | **Phone:** |

**Attorney Email:**

**Shapes Llc AKA  Aluminum Shapes Llc, Aluminum Smelters Of N.J., Aluminum Shapes**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** 9000 River Road | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Delair    **State:** NJ | **Zip:** 08110 | **Phone:** |

**Attorney Email:**

**Aluminum Shapes L.L.C. AKA  Aluminum Shapes Llc, Aluminum Smelters Of N.J., Aluminum Shapes**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** 9000 River Road | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Delair    **State:** NJ | **Zip:** 08110 | **Phone:** |

**Attorney Email:**

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 09/04/2020 | Complaint for CAM-L-002982-20 submitted by STERNBACK, CARY R, HEITNER & BREITSTEIN PC on behalf of COMBINED METAL INDUSTRIES INC. against SHAPES LLC, ALUMINUM SHAPES INC., ALUMINUM SHAPES L.L.C. | LCV20201552066 | 09/04/2020 |
| 09/05/2020 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20201568874 | 09/05/2020 |
| 09/29/2020 | SUMMONS submitted by STERNBACK, CARY, R of HEITNER & BREITSTEIN PC on behalf of COMBINED METAL INDUSTRIES INC. against ALUMINUM SHAPES L.L.C. | LCV20201716897 | 09/29/2020 |
| 12/21/2020 | REQUEST FOR DEFAULT submitted by STERNBACK, CARY, R of HEITNER & BREITSTEIN PC on behalf of COMBINED METAL INDUSTRIES INC. against ALUMINUM SHAPES L.L.C. | LCV20202317378 | 12/21/2020 |
| 01/04/2021 | Default has been entered against the following party/parties: SHAPES LLC | LCV202113952 | 01/04/2021 |
| 01/04/2021 | Default has been entered against the following party/parties: ALUMINUM SHAPES INC. | LCV202113953 | 01/04/2021 |
| 01/04/2021 | Default has been entered against the following party/parties: ALUMINUM SHAPES L.L. C. | LCV202113956 | 01/04/2021 |
| 01/04/2021 | Default has been entered against the following party/parties: SHAPES LLC | LCV202113955 | 01/04/2021 |
| 01/04/2021 | Default has been entered against the following party/parties: ALUMINUM SHAPES INC. | LCV202113958 | 01/04/2021 |
| 01/04/2021 | Default has been entered against the following party/parties: ALUMINUM SHAPES L.L. C. | LCV202113960 | 01/04/2021 |
| 02/16/2021 | FINAL JUDGMENT BY DEFAULT submitted by STERNBACK, CARY, R of HEITNER & BREITSTEIN PC on behalf of COMBINED METAL INDUSTRIES INC. against ALUMINUM SHAPES L.L.C. | LCV2021354899 | 02/16/2021 |